# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDER OCASIO, | ) | 3:09-CV-0400-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 24, 2009 |
| | ) | |
| C/O SAUNDERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On August 17, 2009, Defendants filed their Notice of Ability to Accept Service (Doc. #6). On September 8, 2009, Defendants filed a Supplement to the Notice (Doc. #9) advising that service could not be accepted for Defendant Horman (Doc. #9). On September 16, 2009, Plaintiff filed an Objection to Defendants' Supplement (Doc. #16) and Motion for Compliance (Doc. #17).

The court has now received Plaintiff's Motion for Withdrawal of Opposition to Defendants' Supplement and Withdrawal of Motion for Compliance (Doc. #18).

Plaintiff's Motion for Withdrawal of Opposition to Defendants' Supplement and Withdrawal of Motion for Compliance (Doc. #18) is **GRANTED**. Plaintiff's Objection to Defendants' Supplement (Doc. #16) and Motion for Compliance (Doc. #17) are **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:          /s/
       Deputy Clerk