```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

ALEXANDER OCASIO,                    )   3:09-CV-00400-ECR-RAM
                                     )
    Plaintiff,                       )   MINUTES OF THE COURT
                                     )
vs.                                  )   DATE: January 29, 2010
                                     )
C/O SAUNDERS, et al.,                )
                                     )
    Defendants.                      )
_____)

PRESENT:      EDWARD C. REED, JR.           U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN    Reporter:    NONE APPEARING

Counsel for Plaintiff(s)             NONE APPEARING

Counsel for Defendant(s)             NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On January 8, 2010, the Magistrate Judge filed a Report and Recommendation (#40) recommending that Defendants' Motion to Dismiss (#11) be granted.

    Plaintiff filed Objections (#41) to the Report and Recommendation (#40). The Objections (#41) do not provide appropriate reasons to excuse the failure to exhaust administrative remedies, as required by 42 U.S.C. § 1997e(a), before bringing the action.

    The Report and Recommendation (#40) is well taken and is **APPROVED** and **ADOPTED**. **IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Dismiss (#11) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By     /s/
    Deputy Clerk