AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRIBUTE COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ALEXANDER OCASIO,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                  CASE NUMBER: **3:09-CV-00400-ECR-RAM**

C/O SAUNDERS, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (#11) is **GRANTED.**


  February 1, 2010                **LANCE S. WILSON**
                                          Clerk


                                    /s/ D. R. Morgan
                                    Deputy Clerk